


    



	C-Track E-Filing
	
	
	
		

	
	
	
	

	
		
	
	
	
     

	
	
	
	
	
	
	
	
	
	
	
	
	
	
	
	
	
	
	
	

	
	 
	







	



	
	
	
		
			
				
					
						
							




	The Supreme Court
	of Nevada





						
						
							


	
		
			Appellate Case Management System
		
	
	
		
			C-Track, the browser based CMS for Appellate Courts
		
	
	
		
			


	
	
	
		
			
				
			
		
			
		
		
		
	
	




	
	
	
		
			
			
				
				
					Case Search
				
			
				
				
					Participant Search
				
			
			
		
		
	
	

		
	

						
						
							


		
	
	
	
		
		
	
	
	

						
					
				
			
		
	
	
		
			
				
					
						
						
						
						
							
								
									
								



	
	

	
		
	




						 
					 
				 
			 
		
	
 


